UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-146(01) RM |
| ) | |
| AGUSTIN LOERA-TORRES ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 26, 2010 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Agustin Loera-Torres' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. §§ 1326(a)(2) and (b)(2).

SO ORDERED.

ENTERED:  February 17, 2010

/s/ Robert L. Miller, Jr.
Judge
United States District Court